IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>TONY MALFI, Warden, et al.,<br><br>    Respondents._____/ | No. C 06-05539 CW (PR)<br><br>ORDER SUA SPONTE GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE SUPPLEMENTAL TRAVERSE |

Petitioner, a state prisoner, filed two pro se petitions for a writ of habeas corpus. In an Order dated December 12, 2007, the Court consolidated both actions, Case Nos. C 06-5539 MJJ (PR) and C 06-6376 MJJ (PR), and ordered that all matters shall proceed and be considered only in Case No. C 06-5539 MJJ (PR). The Court directed Respondent to file a supplemental answer addressing the two claims that the Court identified as cognizable in the January 3, 2007 Order to Show Cause in Case No. C 06-6376 MJJ (PR) and granted Petitioner leave to file a supplemental traverse within thirty days after the supplemental answer was filed. Respondent has filed a supplemental answer. Petitioner has not filed a supplemental traverse. On April 7, 2008, this case was reassigned to the Honorable Judge Claudia Wilken at the Oakland Division for all further proceedings. Accordingly, the Court sua sponte GRANTS Petitioner an extension of time to file a supplemental traverse. Petitioner shall file a supplemental traverse by June 6, 2008, or the matter will be deemed submitted and decided on the papers.

IT IS SO ORDERED.

Dated: 5/5/08

                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHNSON et al,

        Plaintiff,

v.

MALFI et al,

        Defendant.

Case Number: CV06-05539 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Haddix
Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Anthony E. Johnson
California State Prison - Sacramento
Prisoner Id K-00750
P.O. Box 290066
Represa, CA 95671-0066

Dated: May 5, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk