IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. JOHNSON, | No. C 06-05539 CW (PR) |
|     Petitioner, | ORDER SUA SPONTE GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE SUPPLEMENTAL TRAVERSE |
|   v. | |
| TONY MALFI, Warden, et al., | |
|     Respondents. / | |

    Petitioner, a state prisoner, filed two <u>pro se</u> petitions for a writ of habeas corpus. In an Order dated December 12, 2007, the Court consolidated both actions, Case Nos. C 06-5539 MJJ (PR) and C 06-6376 MJJ (PR), and ordered that all matters shall proceed and be considered only in Case No. C 06-5539 MJJ (PR). The Court directed Respondent to file a supplemental answer addressing the two claims that the Court identified as cognizable in the January 3, 2007 Order to Show Cause in Case No. C 06-6376 MJJ (PR) and granted Petitioner leave to file a supplemental traverse within thirty days after the supplemental answer was filed. Respondent has filed a supplemental answer. Petitioner has not filed a supplemental traverse. On April 7, 2008, this case was reassigned to the Honorable Judge Claudia Wilken at the Oakland Division for all further proceedings. Accordingly, the Court <u>sua sponte</u> GRANTS Petitioner an extension of time to file a supplemental traverse. Petitioner shall file a supplemental traverse by <u>June 6, 2008</u>, or the matter will be deemed submitted and decided on the papers.

    IT IS SO ORDERED.

Dated: 5/5/08

                                                            CLAUDIA WILKEN
                                                             UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHNSON et al,

        Plaintiff,

v.

MALFI et al,

        Defendant.

Case Number: CV06-05539 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Haddix
Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Anthony E. Johnson
California State Prison - Sacramento
Prisoner Id K-00750
P.O. Box 290066
Represa, CA 95671-0066

Dated: May 5, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2