IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNSON,

        Petitioner,

  v.

TONY MALFI, Warden, et al.,

        Respondents.
_____/

No. C 06-05539 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Anthony E. Johnson's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

    Dated at Oakland, California, this 2nd day of September, 2008.

RICHARD W. WIEKING
Clerk of Court

By: _*Sheilah Cahill*_____
SHEILAH CAHILL
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHNSON et al,

        Plaintiff,

v.

MALFI et al,

        Defendant.

Case Number: CV06-05539 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy Haddix
Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Anthony E. Johnson
California State Prison - Sacramento
Prisoner Id K-00750
P.O. Box 290066
Represa, CA 95671-0066

Dated: September 2, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk